Michael V. Infuso, Esq., Nevada Bar No. 7388
Sean B. Kirby, Esq., Nevada Bar No. 14224
Suzanne E. Carver, Esq., Nevada Bar No. 14689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
         skirby@greeneinfusolaw.com
         scarver@greeneinfusolaw.com

*Attorneys for Defendant SRP Plaza, L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual; ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRP PLAZA, L.P., a Nevada limited partnership, DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEFENDANT SRP PLAZA, L.P. TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendant SRP Plaza, L.P. (hereinafter, "Defendant"), by and through their counsel, the law firm of Greene Infuso, LLP, and Plaintiffs John Meggs and Access 4 All, Inc.'s (collectively, "Plaintiffs") by and through their counsel, The Mineo Salcedo Law Firm, P.A., hereby stipulate and agree as follows:

WHEREAS, Defendant's response to Complaint [ECF No. 1] is currently due on June 10, 2025;

WHEREAS, Plaintiffs have agreed to give Defendant up through and including July 1, 2025, in which to respond to the Complaint so that Defendant has additional time to investigate the allegations in the Complaint;

WHEREAS, all parties agree this is their first extension;

SRP/Meggs/Pleadings/Stipulation to Extend Time to Respond to Complaint

1

WHEREAS, there are no other deadlines affected by this stipulation and proposed order presently known to the parties; and,

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, all parties hereby stipulate and agree that Defendant SRP Plaza, L.P. shall have up through and including July 1, 2025, in which to respond to Plaintiffs' Complaint.

DATED this ____6____ day of June, 2025.

**GREENE INFUSO, LLP**

_____
Michael V. Infuso, Esq., Nevada Bar #7388
Sean B. Kirby, Esq., Nevada Bar #14224
Suzanne E. Carver, Esq., Nevada Bar #14689
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146

*Attorneys for Defendant SRP Plaza, L.P.*

DATED this __6th__ day of June, 2025.

THE MINEO SALCEDO LAW FIRM, P.A.

*/s/ Julie Collange*
_____
Jule C. Collange, Esq., Florida Bar #123779
5600 Davie Road
Davie, Florida 33314

*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

**IT IS SO ORDERED.**

DATED: June 10, 2025

_____
UNITED STATES MAGISTRATE JUDGE

SRP/Meggs/Pleadings/Stipulation to Extend Time to Respond to Complaint