Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Julie C. Collange, Esq.
Florida Bar No.: 123779
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br>vs.<br>SRP PLAZA, L.P.,<br><br>Defendant. | Case No.: 2:25-cv-00850-JAD-BNW<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF NO. 1]** |

Plaintiffs, John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation, by and through their counsel of record, Rodriguez Law Offices, P.C. and Mineo Salcedo Law Firm, P.A., and Defendant SRP Plaza, L.P., by and through their counsel, the law firm of Greene Infuso, LLP, hereby stipulate and agree as follows:

WHEREAS, Defendant's Motion to Dismiss is currently set for hearing before this Court on August 7, 2025 at 1:30 p.m.;

WHEREAS, the Court has advised Esther C. Rodriguez, Esq., lead counsel for Plaintiffs, that she must be in attendance at said hearing;

WHEREAS, Ms. Rodriguez is unavailable on August 7, 2025 due to prior commitments with her family;

WHEREAS, the parties agree they are available to continue the hearing on any of the following dates:

August 12, 2025 p.m.

August 13, 2025 p.m.

August 18, 2025 p.m.

WHEREAS, all parties agree this is their first request to continue the hearing;

WHEREAS, there are no other deadlines affected by this stipulation presently known to the parties; and,

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, all parties hereby stipulate and agree that the hearing on Defendant's Motion to Dismiss shall be continued to any of the above dates the Court is available.

DATED this 8th day of July, 2025.

**RODRIGUEZ LAW OFFICES, P.C.**

/s/ Esther C. Rodriguez, Esq.
_____
Esther C. Rodriguez, Esq., Nevada Bar #6473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

DATED this 8th day of July, 2025.

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso, Esq.
_____
Michael V. Infuso, Esq., Nevada Bar #7388
Sean B. Kirby, Esq., Nevada Bar #14224
Suzanne E. Carver, Esq., NV Bar #14689
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
*Attorneys for Defendant SRP Plaza, L.P*

DATED this 8th day of July, 2025.

**THE MINEO SALCEDO LAW FIRM, P.A.**

/s/ Julie C. Collange, Esq.
_____
Julie C. Collange, Esq., Florida Bar #123779
5600 Davie Road
Davie, Florida 33314
*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

IT IS THEREFORE ORDERED that the motion hearing that is currently set for August 7, 2025, at 1:30 p.m. is vacated and continued to August 12, 2025, at 1:30 pm.

DATED: 7/9/2025

_____
Jennifer A. Dorsey
United States District Judge

Stipulation to Continue Hearing on Defendant's Motion to Dismiss Complaint
*Meggs, et al. v. SRP Plaza, L.P.*