Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Julie C. Collange, Esq.
Florida Bar No.: 123779
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br>vs.<br>SRP PLAZA, L.P.,<br><br>Defendant. | Case No.: 2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFFS TO FILE AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiffs, John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel of record, The Mineo Salcedo Law Firm, P.A. and Rodriguez Law Offices, P.C. and, and Defendant, SRP Plaza, L.P.

1  (hereinafter "Defendant"), by and through their counsel, the law firm of Greene Infuso, LLP,
2  hereby stipulate and agree as follows:
3
4      WHEREAS, Plaintiffs' Response to Defendant's Motion to Dismiss is currently due on
5  July 15, 2025 [ECF 13].
6      WHEREAS, Defendant's Motion to Dismiss is currently set for hearing before this
7  Court on August 12, 2025 at 1:30 p.m. [ECF 17];
8
9      WHEREAS, Defendant has agreed to give Plaintiffs up through and including July 25,
10 2025, in which to file their amended complaint, thereby making the Motion to Dismiss moot
11 and thereby cancelling the hearing currently set for August 12, 2025;
12     WHEREAS, all parties agree this is their first extension;
13     WHEREAS, there are no other deadlines affected by this stipulation presently known to
14
15 the parties; and,
16     WHEREAS, this stipulation is not entered into for any improper purpose or to delay.
17     THEREFORE, all parties hereby stipulate and agree that Plaintiffs shall have up through
18 and including July 25, 2025, in which to file their amended complaint.
19
20
21 DATED this 14th day of July, 2025.                    DATED this 14th day of July, 2025.
22 **THE MINEO SALCEDO LAW FIRM, P.A.**                  **GREENE INFUSO, LLP**
23
   /s/ Julie Collange
24 _____                      /s/ Suzanne E. Carver
   Julie C. Collange, Esq., Florida Bar #123779          Michael V. Infuso, Esq., Nevada Bar #7388
25 5600 Davie Road                                       Sean B. Kirby, Esq., Nevada Bar #14224
   Davie, Florida 33314                                  Suzanne E. Carver, Esq., NV Bar #14689
26 *Attorneys for Plaintiffs John Meggs and*             3030 South Jones Boulevard, Suite 101
   *Access 4 All, Inc.*                                  Las Vegas, NV 89146
27                                                       *Attorneys for Defendant SRP Plaza, L.P*
28

1  DATED this  14th  day of July, 2025.

2  **RODRIGUEZ LAW OFFICES, P.C.**

3

4  /s/ Esther C. Rodriguez
   _____
5  Esther C. Rodriguez, Esq., Nevada Bar #6473
   10161 Park Run Drive, Suite 150
6  Las Vegas, Nevada 89145
   *Attorneys for Plaintiffs John Meggs and*
7  *Access 4 All, Inc.*

8

9                  **IT IS SO ORDERED**.

10 DATED:  July 15, 2025

11

12                           _____
                             UNITED STATES MAGISTRATE JUDGE
13

**susan@rodriguezlaw.com**

| | |
|---|---|
| **From:** | Suzanne Carver <scarver@greeneinfusolaw.com> |
| **Sent:** | Monday, July 14, 2025 12:49 PM |
| **To:** | Julie C. Collange, Esq. |
| **Cc:** | susan@rodriguezlaw.com; Sean Kirby; Dawn Stanfill; Esther Rodriguez; Jillian Betteridge; Michael Infuso |
| **Subject:** | RE: John Meggs, et al. v. SRP Plaza, LP, Case, Case No. 2:25-cv-00850 |
| **Attachments:** | Stip and Order Amended Compl-final.doc |

Hello Julie,

Attached is the final version with my e-signature.

Best,
Suzanne

---

**From:** Julie C. Collange, Esq. <Jcollange@mineolaw.com>
**Sent:** Monday, July 14, 2025 11:56 AM
**To:** Suzanne Carver <scarver@greeneinfusolaw.com>
**Cc:** susan@rodriguezlaw.com; Sean Kirby <skirby@greeneinfusolaw.com>; Dawn Stanfill <dstanfill@greeneinfusolaw.com>; Esther Rodriguez <esther@rodriguezlaw.com>; Jillian Betteridge <jillb@mineolaw.com>; Michael Infuso <minfuso@greeneinfusolaw.com>
**Subject:** RE: John Meggs, et al. v. SRP Plaza, LP, Case, Case No. 2:25-cv-00850

Hi Suzanne,

Thank you for the updates. Attached is the revised version. If acceptable please e-sign the designated area or please let me know if you would like me to do so. Thank you.

Best regards,

*Julie Collange, Esquire*



The Mineo Salcedo Law Firm, P.A.
5600 Davie Road, Davie, FL 33314
Tel: (954) 463-8100 Ext. 337  **|** Fax: (954) 463-8106
Email: Jcollange@mineolaw.com **|** For service of court documents only: service@mineolaw.com
Website: www.propertyclaimlaw.com

**\*SCHEDULING NOTE\*:**
**The dates provided may have been offered to other counsel and will only be secured on a first come-first serve basis. Please be advised depositions, hearings, inspections, etc. are not confirmed until you receive a FINAL confirmation e-mail from our office.**

CONFIDENTIALITY NOTICE:

1