Michael V. Infuso, Esq., Nevada Bar No. 7388
Sean B. Kirby, Esq., Nevada Bar No. 14224
Suzanne E. Carver, Esq., Nevada Bar No. 14689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
skirby@greeneinfusolaw.com
scarver@greeneinfusolaw.com

*Attorneys for Defendant SRP Plaza, L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual; ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRP PLAZA, L.P., a Nevada limited partnership, DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEFENDANT SRP PLAZA, L.P. TO RESPOND TO AMENDED COMPLAINT**<br>**(First Request)** |

Defendant SRP Plaza, L.P. (hereinafter, "Defendant"), by and through their counsel, the law firm of Greene Infuso, LLP, and Plaintiffs John Meggs and Access 4 All, Inc.'s (collectively, "Plaintiffs") by and through their counsel, The Mineo Salcedo Law Firm, P.A., hereby stipulate and agree as follows:

WHEREAS, Defendant's response to Amended Complaint [ECF No. 21] is currently due on August 8, 2025;

WHEREAS, Plaintiffs have agreed to give Defendant up through and including August 22, 2025, in which to respond to the Amended Complaint so that Defendant has additional time to investigate the allegations in the Amended Complaint;

WHEREAS, all parties agree this is their first extension;

1
SRP/Meggs/Pleadings/Stipulation and Order to Extend Time to Respond to Amended Complaint

WHEREAS, there are no other deadlines affected by this stipulation and proposed order presently known to the parties; and,

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, all parties hereby stipulate and agree that Defendant SRP Plaza, L.P. shall have up through and including August 22, 2025, in which to respond to Plaintiffs' Amended Complaint.

DATED this 7th day of August, 2025.

**GREENE INFUSO, LLP**

Michael V. Infuso, Esq., Nevada Bar #7388
Sean B. Kirby, Esq., Nevada Bar #14224
Suzanne E. Carver, Esq., Nevada Bar #14689
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146

*Attorneys for Defendant SRP Plaza, L.P.*

DATED this 7th day of August, 2025.

**THE MINEO SALCEDO LAW FIRM, P.A.**

*/s/ Julie Collange*

Jule C. Collange, Esq., Florida Bar #123779
5600 Davie Road
Davie, Florida 33314

*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

**IT IS SO ORDERED.**

DATED: August 12, 2025

UNITED STATES MAGISTRATE JUDGE

SRP/Meggs/Pleadings/Stipulation and Order to Extend Time to Respond to Amended Complaint