ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rmolina@pyattsilvestri.com
Attorneys for Defendants
T.L. CAUDILL ENTERPRISES and
CHICAGO BREWING CO., INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SRP PLAZA, L.P.,<br><br>Defendants. | CASE NO.:  2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER TO REVISE INITIAL AND SUPPLEMENTAL EXPERT DISCLOSURE DEADLINES AND EXTEND DEADLINE FOR RESPONSE TO MOTION TO DISMISS   (FIRST REQUEST)** |
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>T.L. CAUDILL ENTERPRISES, d/b/a Magoo's, Magoo's Hideaway, and Chicago Brewing Co., and CHICAGO BREWING CO., INC.,<br><br>Defendants. | CASE NO.:  2:25-cv-00889-JAD-EJY |

Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc., by and through their counsel of record, Pyatt & Silvestri, Plaintiffs John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel of record, The Mineo Salcedo Law Firm, P.A., and Defendant SRP Plaza, L.P., by and through its

Pyatt Silvestri
7670 W. Lake Mead Blvd.,
Suite 250
Las Vegas, NV 89128
(702) 383-6000

counsel, the law firm of Greene Infuso, LLP, hereby submit this Stipulation and Order to Revise Initial and Rebuttal Expert Disclosure Deadlines (First Request), pursuant to Fed. R. Civ. P. 26 and LR 26-3, and Extend the Deadline for Plaintiffs' Response to Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc.'s Motion to Dismiss, to accommodate the trial calendar of counsel for Defendant SRP Plaza, L.P., Plaintiffs counsel's maternity leave, and the parties agreement to an extension to oppose the pending Motion to Dismiss in this matter.

## I.     PROCEDURAL HISTORY AND DISCOVERY COMPLETED

1.     On May 15, 2025, Plaintiffs filed their Initial Complaint in this matter. (ECF #1).

2.     Following a Stipulation and Order entered on July 14, 2025, (ECF #18). Plaintiffs filed their Amended Complaint on July 25, 2025 (ECF #21).

3.     On October 6, 2025, the parties submitted a Stipulated Discovery and Scheduling Order (ECF #26).

4.     On October 16, 2025, the parties submitted an Amended Stipulated Discovery and Scheduling Order (ECF #28).

5.     An Order Granting the Amended Stipulated Discovery and Scheduling Order was entered on October 17, 2025 (ECF #29).

6.     On December 10, 2025, Case No. 2:25-cv-0889-JAD-EJY was consolidated with Case No. 2:25-cv-0850-JAD-BNW (ECF #30).

7.     On March 13, 2026. Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc., submitted a Motion to Dismiss the First Amended Complaint (ECF #32).

## II.     DISCOVERY REMAINING

1.     All parties need to propound and respond to written discovery.

2.     Completion of deposition of the relevant witnesses.

3.     Disclosure of expert witnesses and depositions of the same.

## III.     REASONS FOR EXTENSION OF EXPERT DISCLOSURES

The parties are seeking to accommodate the trial calendar of defense counsel for Defendant SRP Plaza, L.P., and Plaintiffs' counsel's maternity leave, which necessitated the

extension of briefing deadlines for the Motion to Dismiss. The parties are not seeking to extend discovery but merely stagger the disclosure of the experts between the Plaintiffs and the various Defendants, in an effort to accommodate the needs of the parties. Staggering of the initial expert deadline with provide Defendants with an adequate time for Defendants' expert to assess the arguments set for in Plaintiffs' Response to Defendants' recent Motion to Dismiss, which will be delayed due to Plaintiffs' counsel's maternity leave. All parties feel the staggering of the disclosure deadlines will enable them to complete discovery prior to the proposed deadline for discovery cutoff. The parties aver, pursuant to Local Rue 26-3, that good cause exists for the requested extension, that the request for an extension is not sought to delay the proceedings or for any improper purpose, and the parties have sought, in good faith to address the needs of multiple counsel, with a minimum of disruption to the original deadlines.

This is the first request for extension of deadlines in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines

## IV.    CURRENT DEADLINES AND PROPOSED NEW DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Amend Pleadings | February 17, 2026 | **unchanged** |
| Expert Disclosure Deadline | March 19, 2026 | Plaintiff: March 19, 2026 Defendants: April 20, 2026 |
| Rebuttal Expert Disclosure Deadline | April 15, 2026 | May 4, 2026 |
| Close of Discovery Deadline | May 18, 2026 | **unchanged** |
| Dispositive Motion Deadline | June 17, 2026 | **unchanged** |
| Pretrial Disclosures / Order | July 17, 2026 | **unchanged** |
| Deadline for Plaintiffs' Responses to Motion to Dismiss | March 27, 2026 | **April 10, 2026** |

/ / /

/ / /

/ / /

Pyatt Silvestri
7670 W. Lake Mead Blvd.,
Suite 250
Las Vegas, NV 89128
(702) 383-6000

3

Dated this 19th day of March, 2026

**THE MINEO SALCEDO LAW FIRM, P.A.**

/s/ Julie C. Collange
Julie C. Collange, Esq., FL Bar #123779
5600 Davie Road
Davie, Florida 33314
*Attorneys for Plaintiffs, John Meggs and Access 4 All, Inc.*

Dated this 19th day of March, 2026

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq., NV Bar #7388
Sean B. Kirby, Esq., NV Bar #14224
Suzanne E. Carver, Esq., NV Bar #14689
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
*Attorneys for Defendant SRP Plaza, L.P.*

Dated this 19th day of March, 2026

**PYATT SILVESTRI**

/s/ Robert P. Molina
Robert P. Molina, Esq., NV Bar #6422
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
*Attorneys for Defendants*
*T.L. CAUDILL ENTERPRISES and*
*CHICAGO BREWING CO., INC.*

<u>**ATTESTATION OF CONCURRENCE IN FILING**</u>

I hereby attest and certify that on March 19th 2026, I received concurrence from Plaintiff's counsel, Julie C. Collange, and Defendant SRP Plaza, L.P.'s counsel, Michael V. Infuso, Esq. to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 19th 2026.

/s/ Robert P. Molina
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422

<u>**IT IS SO ORDERED**</u>.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2026