ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rmolina@pyattsilvestri.com
Attorneys for Defendants
T.L. CAUDILL ENTERPRISES and
CHICAGO BREWING CO., INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>SRP PLAZA, L.P.,<br><br>    Defendants. | CASE NO.:2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER STAYING DISCOVERY AND PROCEEDINGS PENDING ADJUDICATION OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>T.L. CAUDILL ENTERPRISES, d/b/a Magoo's, Magoo's Hideaway, and Chicago Brewing Co., and CHICAGO BREWING CO., INC.,<br><br>    Defendants. | CASE NO.: 2:25-cv-00889-JAD-EJY |

Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc., by and through their counsel of record, Pyatt Silvestri, Plaintiffs John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel of record, The Mineo Salcedo Law Firm, P.A., and Defendant SRP Plaza, L.P., by and through its counsel of record, Greene Infuso, LLP (collectively,

"the Parties") hereby stipulate and agree as follows:

WHEREAS, Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint was filed on March 13, 2026 (ECF 32);

WHEREAS, the Parties agree that court may stay discovery under Federal Rule of Civil Procedure 26(c) upon a showing of good cause;

WHEREAS, the Parties agree that the Ninth Circuit has not provided a rule or test that district courts must apply to determine if good cause exists to stay discovery;

WHEREAS, the Parties agree that a framework for determining whether a case should be stayed pending adjudication of a motion is (1) whether the dispositive motion can be decided without further discovery, and (2) whether good cause exists to stay discovery.  Longhini, et al. v. Station Casinos, LLC, 2:25-cv-01070-APG-BNW (D. Nev. October 22, 2025) at 2;

WHEREAS, the Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc. contend their Motion to Dismiss Plaintiffs' First Amended Complaint is a motion that is potentially dispositive of Plaintiffs' case against Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc.;

WHEREAS, the Parties agree that a district court may not stay discovery when discovery is needed to litigate the dispositive motion.  Alaska Cargo Transp., Inc. v. Alaska R.R. Corp., 5 F.3d 378, 383 (9th Cir. 1993);

WHEREAS, the Parties agree that Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint is capable of resolution without additional discovery;

WHEREAS, the Parties agree that pursuant to Tradebay, LLC v. eBay, Inc., 278 F.R.D. 597, 603 (D. Nev. 2011), when determining whether a case should stayed pending the adjudication of a potentially dispositive motion, the Court may make an assessment, guided by Federal Rule of Civil Procedure 1,whether it is more just to speed the parties along in discovery and other proceedings while a dispositive motion is pending, or

whether it is more just to delay or limit discovery and other proceedings to accomplish the inexpensive determination of the case;

WHEREAS, the Parties agree that courts are more prone to stay discovery in cases where the dispositive motion raises issues related to jurisdiction, as is the case here.  Tradebay, supra at 6043;

WHEREAS, the Parties agree that if discovery is not stayed, Defendants likely will need to take multiple out of state depositions, the Parties will incur fees and costs relating to expert depositions (including preparing for said depositions, taking the depositions, and payment of expert witness fees), and the Parties will also likely incur fees and costs pertaining to preparing and responding to written discovery;

WHEREAS, the Parties agree that the discovery noted above would be a burdensome and costly enterprise that would constitute harm or prejudice;

WHEREAS, the Parties agree that the totality of factors noted above constitute good cause for staying this case.

THEREFORE, all parties stipulate and agree that discovery and all proceedings not directly related to Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint shall be stayed depending

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

the Court adjudication of said motion.

Dated this 26th day of March, 2026

THE MINEO SALCEDO LAW FIRM, P.A.

/s/ Julie C. Collange
Julie C. Collange, Esq., FL Bar #123779
5600 Davie Road
Davie, Florida 33314
Attorneys for Plaintiffs
John Meggs and Access 4 All, Inc.

Dated this 26th day of March, 2026

GREENE INFUSO, LLP

/s/ Michael V. Infuso
Michael V. Infuso, Esq., NV Bar #7388
Sean B. Kirby, Esq., NV Bar #14224
Suzanne E. Carver, Esq., NV Bar #14689
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
Attorneys for Defendant SRP Plaza, L.P.

Dated this 26th day of March, 2026

PYATT SILVESTRI

/s/ Robert P. Molina
Robert P. Molina, Esq., NV Bar #6422
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Attorneys for Defendants
T.L. CAUDILL ENTERPRISES and
CHICAGO BREWING CO., INC

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on March 26th 2026, I received concurrence from Plaintiffs' counsel, Julie C. Collange, and Defendant SRP Plaza, L.P.'s counsel, Michael V. Infuso, Esq. to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 26th 2026.

/s/ Robert P. Molina
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422

The above stipulation is granted. Accordingly, the motion to stay discovery at ECF No. 33 is denied as moot. **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 27, 2026