ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rmolina@pyattsilvestri.com
Attorneys for Defendants
T.L. CAUDILL ENTERPRISES and
CHICAGO BREWING CO., INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SRP PLAZA, L.P.,<br><br>Defendants. | CASE NO.:2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE 2:25-cv-00889-JAD-EJY WITH PREJUDICE**<br><br>ECF Nos. 32, 39, 43 |
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>T.L. CAUDILL ENTERPRISES, d/b/a Magoo's, Magoo's Hideaway, and Chicago Brewing Co., and CHICAGO BREWING CO., INC.,<br><br>Defendants. | CASE NO.: 2:25-cv-00889-JAD-EJY |

**IT IS HEREBY STIPULATED AND AGREEED**, by and between Defendants T.L. Caudill Enterprises and Chicago Brewing Co., Inc., by and through their counsel, Robert P. Molina, Esq. of Pyatt Silvestri and Plaintiffs John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel, Julie C. Collange, Esq. of The Mineo Salcedo Law Firm, P.A., that

Case No. 2:25-cv-00889-JAD-EJY shall be dismissed with prejudice, with the issue of fees and costs already settled among the stipulating parties.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' lawsuit against SRP Plaza, L.P. in Case No. 2:25-cv-00850-JAD-BNW will remain and not be dismissed as a result of this stipulation.

| | |
|---|---|
| DATED this 18th day of August, 2026 | DATED this 18th day of August, 2026 |
| THE MINEO SALCEDO LAW FIRM, P.A. | PYATT SILVESTRI |
| *_/s/ Julie Collange_* | /s/ Robert P. Molina |
| Julie C. Collange, Esq., FL Bar No. 123779<br>5600 Davie Road<br>Davie, Florida 33314<br>Attorneys for Plaintiffs<br>John Meggs and Access 4 All, Inc. | Robert P. Molina, Esq., NV Bar No. 6422<br>7670 W. Lake Mead Blvd., Suite 250<br>Las Vegas, Nevada 89128<br>Attorneys for Defendants<br>T.L. Caudill Enterprises and<br>Chicago Brewing Co., Inc. |

DATED this 18th day of August, 2026.

RODRIGUEZ LAW OFFICES, P.C.

*/s/ Esther C. Rodriguez*

Esther C. Rodriguez, Esq., Nevada Bar #6473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Plaintiffs
John Meggs and Access 4 All, Inc.

## ORDER

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that **Case 2:25-cv-889-JAD-EJY, which was consolidated into Case 2:25-cv-850-JAD-BNW, is DISMISSED** with prejudice, each side to bear its own fees and costs. **The Clerk of Court is directed to TERMINATE as parties** to this consolidated case Chicago Brewing Co., Inc.; and T.L. Caudill Enterprises dba Magoo's, Magoo's hideaway, and Chicago Brewing Co. **The motion to dismiss at ECF No. 32, and the stipulation at ECF No. 39 are DENIED as moot.**

U.S. District Judge Jennifer A. Dorsey
Dated: August 19, 2026