Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Julie C. Collange
JULIE C. COLLANGE, ESQ.
Florida Bar No: 123779
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Rd.
Davie, FL 33314
T: (954) 463-8100 | F: (954) 463-8106
Service@mineolaw.com
JCollange@mineolaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>SRP PLAZA, L.P.,<br><br>Defendant. | Case No.: 2:25-cv-00850-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE 2:25-cv-00850-JAD-BNW WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREEED**, by and between Plaintiffs, John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel, Julie C. Collange, Esq. of The Mineo Salcedo Law Firm, P.A. and Defendant, SRP PLAZA, L.P., by and through their counsel, Michael Infuso, Esq. of Greene Infuso, that Case No. 2:25-cv-00850-JAD-BNW shall be dismissed with prejudice, with the issue of fees and costs already settled among the stipulating parties.

DATED this 20th day of November, 2026

THE MINEO SALCEDO LAW FIRM, P.A.
*/s/ Julie Collange*
Julie C. Collange, Esq., FL Bar No. 123779
5600 Davie Road
Davie, Florida 33314
Attorneys for Plaintiffs
John Meggs and Access 4 All, Inc.

DATED this 20th day of November, 2026

GREENE INFUSO, LLP
*/s/ Michael Infuso*
Michael Infuso, Esq., NV Bar No. 7388
3030 South Jones Blvd.
Las Vegas, Nevada 89146
Attorneys for Defendants
SRP Plaza, L.P.

DATED this 20th day of November, 2026.
RODRIGUEZ LAW OFFICES, P.C.
*/s/ Esther C. Rodriguez*
Esther C. Rodriguez, Esq., Nevada Bar #6473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.

**ORDER GRANTING STIPULATION TO DISMISS**

Based on the parties' stipulation **[ECF No. 45]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: November 20, 2026